**WOMBLE BOND DICKINSON (US) LLP**
JACK V. VALINOTI (SBN 214715)
50 California Street, Suite 2800
San Francisco, California 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530
Email: Jack.Valinoti@wbd-us.com

Attorney for Claimant
IZURU SHINGYOUCHI

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
JEFF MITCHELL (CABN 236225)
Chief, Criminal Division
KAREN BEAUSEY (CABN 155258)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6598
    FAX: (415) 436-6748
    Email: Karen.Beausey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> vs. <br><br> A. Approximately 15,602 Ether (ETH) and .16 Bitcoin (BTC) seized by law enforcement on or about December 14, 2017; and <br> B. Approximately 199.71841508 BTC, $6,164,994.22 USD and 1199.00 NEO seized by law enforcement on or about August 23, 2019, <br><br> Defendants. | CASE NO. CV 20-06482 CRB <br><br> MODIFIED <br> **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DEADLINES TO FILE RESPONSE AND REPLY TO MOTION TO STRIKE CLAIMS** <br><br> Hearing Date: July 10, 2026 <br> Time: 10:00 a.m. <br> Court: Hon. Charles R. Breyer |

Pursuant to Civil Local Rule 7-12, Plaintiff UNITED STATES OF AMERICA ("Plaintiff"), by its undersigned counsel, and Claimant, IZURU SHINGYOUCHI ("Claimant"), by its undersigned counsel (Plaintiff and Claimant are collectively referred to herein as the "Parties"), hereby stipulate, subject to the approval of the Court, to continue the deadline for a Response to Plaintiff's Motion to Strike Claims from June 12, 2026 to July 26, 2026 in the interests of justice, and to continue the deadline for a Reply to Claimant's Response to Plaintiff's Motion to Strike Claims from June 22, 2026 to July 6, 2026, as follows:

WHEREAS, Plaintiff filed a Motion to Strike Claims, on May 29, 2026 (Dkt. 24);

WHEREAS, Responses to Plaintiff's Motion to Strike Claims are due by June 12, 2026, and Replies are due by June 22, 2026 (Dkt. 24);

WHEREAS, Claimant resides in Japan and is unfamiliar with the United States legal system and deadlines.  However, Claimant retained counsel for this matter on June 11, 2026, and in order to give Claimant's counsel a reasonable time to prepare a Response, Claimant requires additional time to file a Response to Plaintiff's Motion to Strike Claims;

WHEREAS, in the interests of justice, the Parties have agreed to continue the June 12, 2026 Response deadline to June 26, 2026; and

WHEREAS, the Parties have also agreed accordingly to continue the Reply deadline to July 6, 2026.

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES, AS FOLLOWS:

1.    The deadline for the Claimant to file a Response to Plaintiff's Motion to Strike Claims shall be continued from June 12, 2026 to June 26, 2026; and

2.    The deadline for the Plaintiff to file a Reply to Claimant's Response to its Motion to Strike Claims shall be continued from June 22, 2026 to July 6, 2026.

**IT IS SO STIPULATED.**

1

**STIPULATION AND [PROPOSED] ORDER CONTINUING
DEADLINES TO FILE RESPONSE AND REPLY TO MOTION TO STRIKE**
**Case No. CV 20-06482 CRB**

Dated: June 12, 2026                              Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney


/s/ Karen Beausey_____          /s/ Jack V. Valinoti
KAREN BEAUSEY                           Jack V. Valinoti
Assistant United States Attorney        Womble Bond Dickinson (US) LLP

                                        Attorney for Claimant
Attorneys for Plaintiff                 IZURU SHINGYOUCHI
UNITED STATES OF AMERICA


## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5.1, the undersigned attests that all parties have concurred in the filing of this STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES TO FILE RESPONSE AND REPLY TO MOTION TO STRIKE CLAIMS.

Dated: June 12, 2026


                              By:    /s/ Jack. V. Valinoti_____
                                     Jack V. Valinoti

                              Attorney for Claimant
                              IZURU SHINGYOUCHI

2

**STIPULATION AND [PROPOSED] ORDER CONTINUING**
**DEADLINES TO FILE RESPONSE AND REPLY TO MOTION TO STRIKE**
**Case No. CV 20-06482 CRB**

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS ORDERED as follows:

1.    For Claimant Izuru Shingyouchi, the deadline for a Response to Motion to Strike shall be continued from June 12, 2026 to June 26, 2026; and

2.    The deadline for the Plaintiff to file a Reply to Claimant Shingyouchi's Response to its Motion to Strike Claims shall be continued from June 22, 2026 to July 6, 2026.

3.    Motion hearing reset to July 24, 2026 at 10:00 a.m. by video conference.


DATED:    June 15, 2026                    BY:    _____

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

3

**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING**
**DEADLINES TO FILE RESPONSE AND REPLY TO MOTION TO STRIKE**
**Case No. CV 20-06482 CRB**