**WOMBLE BOND DICKINSON (US) LLP**
JACK V. VALINOTI (SBN 214715)
50 California Street, Suite 2800
San Francisco, California 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530
Email: Jack.Valinoti@wbd-us.com

Attorney for Claimant
IZURU SHINGYOUCHI


CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
JEFF MITCHELL (CABN 236225)
Chief, Criminal Division
KAREN BEAUSEY (CABN 155258)
Assistant United States Attorney
      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-6598
      FAX: (415) 436-6748
      Email: Karen.Beausey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  vs.<br><br>A. Approximately 15,602 Ether (ETH) and .16 Bitcoin (BTC) seized by law enforcement on or about December 14, 2017; and B. Approximately 199.71841508 BTC, $6,164,994.22 USD and 1199.00 NEO seized by law enforcement on or about August 23, 2019,<br><br>          Defendants. | CASE NO. CV 20-06482 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES TO FILE RESPONSE AND REPLY TO MOTION TO STRIKE CLAIMS**<br><br>Hearing Date: July 24, 2026<br>Time: 10:00 a.m.<br>Court: Hon. Charles R. Breyer |

Pursuant to Civil Local Rule 7-12, Plaintiff UNITED STATES OF AMERICA ("Plaintiff"), by its undersigned counsel, and Claimant, IZURU SHINGYOUCHI ("Claimant"), by its undersigned counsel (Plaintiff and Claimant are collectively referred to herein as the "Parties"), hereby stipulate, subject to the approval of the Court, to continue the deadline for a Response to Plaintiff's Motion to Strike Claims from June 26, 2026 to July 10, 2026 in the interests of justice, and to continue the deadline for a Reply to Claimant's Response to Plaintiff's Motion to Strike Claims from July 6, 2026 to July 17, 2026, as follows:

WHEREAS, Plaintiff filed a Motion to Strike Claims, on May 29, 2026 (Dkt. 24);

WHEREAS, on June 12, 2026, the Parties filed a Stipulation and [Proposed] Order Continuing Deadlines to File Response and Reply to Motion to Strike Claims ("Stipulation") (Dkt. 28);

WHEREAS, on June 15, 2026, the Court issued a Modified Order on the Parties' Stipulation, which Modified Order granted the Parties' Stipulation to continue the briefing schedule and reset the hearing on the Motion to Strike Claims to July 24, 2026 at 10:00 a.m. by video conference ("Modified Order") (Dkt. 29);

WHEREAS, pursuant to the Modified Order, Claimant's Response to Plaintiff's Motion to Strike Claims is currently due by June 26, 2026, and Plaintiff's Reply is due by July 6, 2026 (Dkt. 24);

WHEREAS, Claimant recently retained an investigative firm specializing in cryptocurrency forensics to perform an analysis to trace the disposition of the 1.969 Bitcoin that is the subject of Claimant's claim, and Claimant desires additional time for this investigative firm to conduct its analysis and provide its report to Claimant, and for Claimant to prepare a Response to Plaintiff's Motion to Strike Claims;

WHEREAS, in the interests of justices, the Parties have agreed to continue the June 26, 2026 Response deadline to July 10, 2026; and

WHEREAS, the Parties have also agreed accordingly to continue the July 6, 2026 Reply deadline to July 17, 2026;

1

**STIPULATION AND [PROPOSED] ORDER CONTINUING
DEADLINES TO FILE RESPONSE AND REPLY TO MOTION TO STRIKE**
Case No. CV 20-06482 CRB

WHEREAS, due to the professional schedules of counsel for Plaintiff and Claimant, subject to the approval of the Court, the Parties desire to retain the current July 24, 2026 hearing date; and

WHEREAS, the Parties request that, if the Court requires additional time to review Claimant's Response and Plaintiff's Reply on Plaintiff's Motion to Strike Claims, the Court adjust the briefing schedule proposed herein as the Court deems necessary, but that the Court retain the current July 24, 2026 hearing date.

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES, AS FOLLOWS:

1.    The deadline for the Claimant to file a Response to Plaintiff's Motion to Strike Claims shall be continued from June 26, 2026 to July 10, 2026; and

2.    The deadline for the Plaintiff to file a Reply to Claimant's Response to its Motion to Strike Claims shall be continued from July 6, 2026 to July 17, 2026.

**IT IS SO STIPULATED.**

Dated: June 26, 2026                              Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney


/s/ Karen Beausey                                 /s/ Jack V. Valinoti
KAREN BEAUSEY                                     Jack V. Valinoti
Assistant United States Attorney                  Womble Bond Dickinson (US) LLP

                                                  Attorney for Claimant
Attorneys for Plaintiff                           IZURU SHINGYOUCHI
UNITED STATES OF AMERICA

2

**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DEADLINES TO FILE RESPONSE AND REPLY TO MOTION TO STRIKE**
**Case No. CV 20-06482 CRB**

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5.1, the undersigned attests that all parties have concurred in the filing of this STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES TO FILE RESPONSE AND REPLY TO MOTION TO STRIKE CLAIMS.

Dated: June 26, 2026

By:    /s/ Jack. V. Valinoti
       Jack V. Valinoti

Attorney for Claimant
IZURU SHINGYOUCHI

3

**STIPULATION AND [PROPOSED] ORDER CONTINUING
DEADLINES TO FILE RESPONSE AND REPLY TO MOTION TO STRIKE
Case No. CV 20-06482 CRB**

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED as follows:

1.   For Claimant Izuru Shingyouchi, the deadline for a Response to Motion to Strike shall be continued from June 26, 2026 to July 10, 2026; and

2.   The deadline for the Plaintiff to file a Reply to Claimant Izuru Shingyouchi's Response to its Motion to Strike Claims shall be continued from July 6, 2026 to July 17, 2026.

3.   The hearing on the Motion to Strike Claims remains set for July 24, 2026 at 10:00 a.m. by videoconference.

DATED:   June 26, 2026                         BY:   _____

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

4

**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING
DEADLINES TO FILE RESPONSE AND REPLY TO MOTION TO STRIKE**
Case No. CV 20-06482 CRB